UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH HUTCHINSON(#401695)

VERSUS                                          CIVIL ACTION

JOHNNIE JONES, WARDEN                           NUMBER 07-356-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 17, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46203